**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 95-7299**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM DAVID MASON,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  G. Ross Anderson, Jr., District Judge. (CR-92-22, CA-95-1941-6-3)

Submitted:  March 21, 1996          Decided:  April 2, 1996

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

William David Mason, Appellant Pro Se.  Matthew Raymond Hawley, Jr., Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1988) motion. We have reviewed the record and the district court's opinion and find no reversible error. <u>See</u> <u>United States v. Crittendon</u>, 883 F.2d 326, 330-31 (4th Cir. 1989). Accordingly, we affirm on the reasoning of the district court. <u>United States v. Mason</u>, Nos. CR-92-22; CA-95-1941-6-3 (D.S.C. July 27, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>